PS 8
(8/88)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 3 2003

at ___ o'clock and ___ min ___ M.
WALTER A. Y. H. CHINN, CLERK

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

U.S.A. vs. REBEKAH RING                              Docket No. 02-0769LEK

Petition for Action on Conditions of Pretrial Release

COMES NOW ALISON G.K. THOM, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant REBEKAH RING, who was placed under pretrial release supervision by the Honorable LESLIE E. KOBAYASHI sitting in the Court at Honolulu, on September 26, 2002, under the following conditions: a $5,000 unsecured bond co-signed by her husband, Alan Ring and

1. The defendant is placed in the Third Party Custodianship of: Her husband, Alan Ring.
2. (7b) Comply with pretrial services supervision, and abide by all general and special conditions of release as directed by Pretrial Services.
3. (7g) Do not apply for/obtain a passport. Submit an affidavit stating that you do not possess a valid passport.
4. (7h) Travel is restricted to: The Island of Oahu, except for travel to and from North Carolina for court purposes.
5. (7n) Undergo a psychiatric/mental health evaluation and/or counseling as directed by Pretrial Services. Take all medications as prescribed.

Respectfully presenting petition for action of Court and for cause as follows:
   (if short insert here; if lengthy write on separate sheet and attach)

1. Failing to report to Pretrial Services as directed, in violation of Special Condition No. 2.

2. Failing to maintain mental health services, in violation of Special Condition No. 5.

3. Failing to report change of address to Pretrial Services, in violation of the standard conditions of supervision.



| | |
|---|---|
| U.S.A. vs. REBEKAH RING | August 12, 2003 |
| Docket No. 02-0769LEFK | Page 2 |
| PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE | |

PRAYING THAT THE COURT WILL ORDER a No-Bail Warrant be issued and the defendant be brought forth to show cause as to why bail should not be revoked. The whereabout of the defendant is presently unknown.

ORDER OF COURT

Considered and ordered this 12th day of August, 2003 and ordered filed and made a part of the records in the above case.

_____
KEVIN S.C. CHANG
U.S. Magistrate Judge

Respectfully,

_____
ALISON G.K. THOM
U.S. Pretrial Services Officer

Place: Honolulu, Hawaii

Date: August 12, 2003