PS 10
(8/88)

# United States District Court
# for the
# District of Hawaii

U.S.A. vs REBEKAH RING                    Docket No. 02-0769LEK-01

TO: [1]**Any United States Marshal or any agent of the FBI**

| WARRANT FOR ARREST OF DEFENDANT |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. |||||
| NAME OF DEFENDANT<br>REBEKAH RING || SEX<br>Female | RACE<br>White | AGE<br>23 |
| ADDRESS(STREET, CITY, STATE)<br>Whereabouts currently unknown |||||
| TO BE BROUGHT BEFORE<br>U.S. District Court - Hawaii<br>Prince Kuhio Federal Building<br>300 Ala Moana Boulevard, Room 7-222<br>Honolulu, HI 96850-7222 |||||
| CLERK<br>Walter A.Y.H. Chinn | (BY) DEPUTY CLERK | SEAL || DATE<br>AUG 1 3 2003 |

| RETURN |||
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) |||
| NAME | (BY) | DATE |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Hawaii;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."