PS 8
(Rev 12/04)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 13 2004

at ____ o'clock and ____ min. ____ M.
WALTER A.Y.H. CHINN, CLERK

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF HAWAII

U.S.A. vs. REBEKAH RING

Magistrate No. 02-0769LEK

Amended Petition for Action on Conditions of Pretrial Release

COMES NOW ALISON G.K. THOM, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant REBEKAH RING, who was placed under pretrial release supervision by the Honorable Leslie E. Kobayashi sitting in the Court at Honolulu, Hawaii, on September 26, 2002, under the following conditions: a $5,000 unsecured bond co-signed by her husband, Alan Ring, and

1. The defendant is placed in the Third Party Custodianship of: Her husband, Alan Ring.
2. (7b) Comply with pretrial services supervision, and abide by all general and special conditions of release as directed by Pretrial Services.
3. (7g) Do not apply for/obtain a passport. Submit an affidavit stating that you do not possess a valid passport.
4. (7h) Travel is restricted to: The Island of Oahu, except for travel to and from North Carolina for court purposes.
5. (7n) Undergo a psychiatric/mental health evaluation and/or counseling as directed by Pretrial Services. Take all medications as prescribed.

Respectfully presenting petition for action of Court and for cause as follows:

The defendant has violated the conditions of pretrial release by:

1. Failing to report to Pretrial Services as directed, in violation of Special Condition No. 2.

2. Failing to maintain mental health services, in violation of Special Condition No. 5.

3. Failing to report change of address to Pretrial Services, in violation of the standard conditions of supervision.

U.S.A. vs. REBEKAH RING
Magistrate No. 02-0769LEK
Amended Petition for Action on Conditions of Pretrial Release - Page 2

---

PRAYING THAT THE COURT WILL ORDER a No-Bail Warrant be issued and the defendant be brought forth to show cause as to why pretrial release should not be revoked. The whereabout of the defendant is presently unknown.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| | Executed on: December 10, 2004 |
| Considered and ordered this 10th day of December, 2004 and ordered filed and made a part of the records in the above case. | |
| *[signature]* | *[signature]* |
| LESLIE E. KOBAYASHI<br>U.S. Magistrate Judge | ALISON G.K. THOM<br>U.S. Pretrial Services Officer |
| | Place: Honolulu, Hawaii |